IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS LLOYD D'AQUIN

v.                                          NO. 11-CV-3975

NCO FINANCIAL SYSTEMS, INC.

JUDGMENT

BEFORE SLOMSKY, J.

    AND NOW, to wit, this 1st day of September, 2011, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000. together with interest and costs.

BY THE COURT:

ATTEST:

_Richard Sabol_, Deputy Clerk

judg